

# NUMBER 13-22-00603-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ROSALINDA GARCIA,** **Appellant,**

**v.**

**COSTA MESSA RESTAURANT,**
**CHRISTOPHER G. ACOSTA,**
**HAIDAR PROPERTIES LTD,** **Appellees.**

**On appeal from the County Court at Law No. 7**
**of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina**
**Memorandum Opinion by Justice Benavides**

This cause is before the Court on a joint motion to dismiss appeal. The parties, having reached an agreement to compromise and settle their differences, request the cause be dismissed.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby dismissed. In accordance with the motion, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
11th day of May, 2023.